# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 67 WAL 2016

       Respondent

       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.

EUGENE JAMES MCCARTHY, JR.,

       Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.